**ERIKSON LAW GROUP**
David Alden Erikson (SBN 189838)
 david@daviderikson.com
Antoinette Waller (SBN 152895)
 Antoinette.waller@att.net
S. Ryan Patterson (SBN 279474)
 ryan@daviderikson.com
200 North Larchmont Boulevard
Los Angeles, California 90004
Telephone:  323.465.3100
Facsimile:  323.465.3177

**JEFFREY S. GLUCK** (SBN 304555)
 gluckmanagement@gmail.com
123 N. Kings Rd., Suite 6
Los Angeles, California 90048
Telephone:  (917) 678-8776

Attorneys for Plaintiff

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JOSEPH TIERNEY, professionally known as "Rime," an individual;<br><br>   Plaintiff,<br><br>v.<br><br>MOSCHINO S.P.A., an Italian corporation; JEREMY SCOTT, an individual; and DOES 1-10 inclusive.<br><br>   Defendants. | Case No. 2:15-cv-05900-SVW (PJWx)<br>Hon. Stephen V. Wilson<br><br>**STIPULATED DISMISSAL**<br><br>**IT IS SO ORDERED.**<br><br>DATED:  July 22, 2016<br><br>_____<br>**STEPHEN V. WILSON**<br>**UNITED STATES DISTRICT JUDGE** |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that (1) Plaintiff's claims against Defendant Moschino S.p.A.; and (2) Moschino's counterclaims against Plaintiff Joseph Tierney in the above-captioned action be and hereby are dismissed with prejudice pursuant to FRCP 41(a)(1).

1

| | | |
|---|---|---|
| 1 | DATED: June 27, 2016 | ERIKSON LAW GROUP |
| 2 | | |
| 3 | | |
| 4 | | By: /s/ |
| 5 | | David Alden Erikson<br>Attorneys for Plaintiff JOSEPH TIERNEY<br>p/k/a RIME |
| 6 | | |
| 7 | DATED: June 27, 2016 | MASCHOFF BRENNAN LAYCOCK<br>GILMORE ISRAELSEN & WRIGHT, PLLC |
| 8 | | |
| 9 | | |
| 10 | | By: /s/ |
| 11 | | C. J. Veverka<br>Mark W. Ford<br>Tyson K. Hottinger<br>Quincy J. Chuck<br>Attorneys for Defendant MOSCHINO, S.p.A. |

ERIKSON LAW GROUP
200 NORTH LARCHMONT BOULEVARD
LOS ANGELES, CALIFORNIA 90004
Tel 323.465.3100 □ Fax 323.465.3177

2